# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:12-cv-00635-AWI-GBC (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | |
| JOHNSON, et al., | Doc. 5 |
| Defendants. | |

On April 23, 2012, Plaintiff Isabel Tubach ("Plaintiff"), a state prisoner proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff also filed a motion to proceed in forma pauperis and a Motion for Temporary Restraining Order. Docs. 2, 3.

On May 18, 2012, the Court issued Findings and Recommendations, recommending to deny the motion for temporary restraining order, deny the motion to proceed in forma pauperis pursuant to section 1915(g), and to dismiss this action as duplicative. Doc. 5. The Court HEREBY VACATES the Findings and Recommendations issued May 18, 2012.

IT IS SO ORDERED.

Dated:   October 22, 2012

UNITED STATES MAGISTRATE JUDGE