# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:12-cv-00635-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| v. | (Doc. 3) |
| GUZMAN, | |
| Defendant. | |

Plaintiff, Isabel Tubach ("Plaintiff"), is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on April 23, 2012. (Doc. 1.) On that same date, she filed a motion for temporary restraining order which is currently before the Court. (Doc. 3.)

18 U.S.C. § 3626(a)(1)(A) provides in relevant part:

> [p]rospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs. The court shall not grant or approve any prospective relief unless the court finds that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right.

In her motion, Plaintiff rambles on regarding many of the same situations complained of in her pleading. However, the only statement Plaintiff makes as to the relief she seeks is that "Plaintiff in this civil action, move [sic] in this court to ask for a T.R.O. I am in inminent [sic] danger of death. I need the court to grant me this T.R.O. to save my life." (Doc. 3, pg. 1.) Such generalities are simply not narrowly drawn to satisfy the requirements for issuing a temporary

restraining order under Section 3626.[1]

Accordingly, Plaintiff's motion for temporary restraining order, filed April 23, 2012 (Doc. 3), is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   March 6, 2013**                     /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion also fails to make the requisite showing, supported by admissible evidence, to obtain a preliminary injunction. Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 20-4, 129 S.Ct. 365, 376 (2008). However, it is unnecessary to reach the merits of Plaintiff's motions in light of its nebulous purpose.